STATE OF CONNECTICUT *v.* MARLIK MOURNING

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 916 (AC 16679), is granted, limited to the following issue:

"Under the circumstances of this case, did the trial court abuse its discretion by revoking the defendant's probation of a conviction as a youthful offender and by sentencing the defendant to imprisonment?"

The Supreme Court docket number is SC 15913.

*Nancy Burton,* in support of the petition.

*Robert C. Brunetti,* senior assistant state's attorney, in opposition.

Decided April 15, 1998

NORWICH SAVINGS SOCIETY *v.* GEORGE R. FLONNES ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 922 (AC 16944), is denied.

*George R. Flonnes,* pro se, in support of the petition.

Decided April 15, 1998